IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON S. FOURNIER,** : | |
|    Petitioner : | No. 1:23-cv-00457 |
| : | |
|    v. : | (Judge Kane) |
| : | |
| **WARDEN OF SCI BENNER** : | |
| **TOWNSHIP, et al.,** : | |
|    Respondents : | |

## ORDER

**AND NOW**, on this 2md day of February 2026, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner Brandon Fournier ("Fournier") (Doc. No. 1), Respondents' response in opposition to Fournier's habeas petition (Doc. No. 16), and the state-court record, and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Fournier's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                     s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                 Middle District of Pennsylvania